```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Russell Colbeth</u>

    v.                                              Civil No. 15-cv-228-PB

<u>Stacie Colbeth, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 29, 2015. The complaint is dismissed without prejudice for lack of jurisdiction.

    SO ORDERED.

                                              /s/ Paul Barbadoro
                                             Paul Barbadoro
                                             United States District Judge

Date: August 6, 2015

cc:   Russell Colbeth, pro se